UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| DONNA GAGICH | :  CR. NO. 04-41 |

**ORDER**

AND NOW, to-wit, this _____ day of _____, 2005, upon the defendant's Motion for a Continuance, it is hereby ORDERED, ADJUDGED and DECREED, that the defendant's trial is hereby continued from the August, 2005 term of court until the October, 2005 term of court.

_____
J.
