UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. :
:
:
DONNA GAGICH : CR. NO. 04-41

### ORDER

AND NOW, to-wit, this 29th day of July, 2005, upon the defendant's Motion for a Continuance, it is hereby ORDERED, ADJUDGED and DECREED, that the defendant's trial is hereby continued from the August, 2005 term of court until the October, 2005 term of court.

*Maurice B. Cohill, Jr.*
J.