UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DONNA GAGICH | : | CR. NO. 04-41 |

## ORDER

AND NOW, to-wit, this _____ day of _____, 2005, upon the defendant's Motion for a Continuance, it is hereby ORDERED, ADJUDGED and DECREED, that the defendant's trial is hereby continued from the October, 2005 term of court until the December, 2005 term of court.

_____
J.