IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA    )
                            )
            vs.             )   CRIM   04-41
                            )
DONNA GAGICH    (2)         )
                            )
                            )
```

## NOTICE

The above entitled case is set for __Change of Plea__

on __October 12, 2005__ at __2:30PM__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date: Oct. 4, 2005

Copies to:   Christian Trabold, AUSA
             Gene Placidi, Esq.

             Pretrial Services
             Probation Office - ERIE-Pgh
             U.S. Marshal - ERIE - Pgh

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CRIM 04-41 |
| DONNA GAGICH (2) | ) |

NOTICE

The above entitled case is set for __Change of Plea__

on __October 12, 2005__ at __2:30PM__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_Richard Witas_
Richard Witas, Courtroom Deputy Clerk

Date: Oct. 4, 2005

Copies to:   Christian Trabold, AUSA
Gene Placidi, Esq.

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh