MEMORANDUM OF NON-JURY TRIAL

# United States District Court
### For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

DONNA GAGISH (2)

*Defendant*

No. CRIM 04-41 ERIE

**HEARING ON** Change of Plea

*Before Judge* MAURICE B. COHILL, JR.,

Christian Trabold, AUSA          Gene P. Placidi, Esq.

*Appear for Plaintiff*           *Appear for Defendant*

Hearing begun 300  10-12-05          Hearing adjourned to

Hearing concluded C. A. V. 330  10-12-05    Stenographer Mickey Powers

**WITNESSES:**

For Plaintiff          For Defendant

Defendant Sworn. Pleads Guilty to Count 1
Judgment of guilt entered as to
Count 1. No plea agreement

Sentencing to be set at later date.

Defendant's Present Bond Continued.