IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    VS.                          Criminal No. 04-41 Erie

Donna Gagich

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered September 23, 2004 and now pleads guilty in open court this 12Th day of October, 2005

_____
Defendant

_____
Attorney