IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs.  ) <br> ) <br> DONNA GAGICH   (2)  ) <br> ) <br> ) | CRIM   04-41   ERIE |

### NOTICE

The above entitled case is set for ___SENTENCE___

on ___January 23, 2006___ at ___10:00 a.m.___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:      October 18, 2005

Copies to:   Christian Trabold, AUSA
             Gene P. Placidi, Esq.

             Pretrial Services
             Probation Office - ERIE-Pgh
             U.S. Marshal - ERIE - Pgh