UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 04-00041-002** |
| **v.** : | |
| : | |
| : | **Document No. _____** |
| **DONNA GAGICH** : | |

**ORDER**

AND NOW, to-wit, this _____day of _____, 2006, upon the

Defendant's Objections to Pre-Sentence Investigation Report, it is hereby ORDERED,

ADJUDGED and DECREED that _____

_____

_____

_____
 Maurice B. Cohill, Jr.
 United States District Judge