UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 04-00041-002** |
| **v.** : | |
| : | |
| : | **Document No.** _____ |
| **DONNA GAGICH** : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of defendant's Objections to Pre-Sentence Investigation Report was served upon the following, by hand delivery, electronic mailing or first class United States Mail, on the 3rd day of January 2006, to the party listed below.

| | |
|---|---|
| Christian A. Trabold | Stephen A. Lowers |
| Assistant U.S. Attorney | U.S. Probation Officer |
| Federal Courthouse | Federal Courthouse |
| Room A330 | Room A-110 |
| 17 South Park Row | 17 South Park Row |
| Erie, Pennsylvania 16501-1158 | Erie, Pennsylvania 16501 |

Donna Gagich
423 West 31st Street
Erie, Pennsylvania 16508

                                                Respectfully submitted,

                                    By:   /s/ Gene P. Placidi
                                                Gene P. Placidi, Esquire
                                                502 West Seventh Street
                                                Erie, Pennsylvania 16502
                                                814.459.5557