# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States

vs.

Donna Gagich

Defendants

CR. 04-41 Erie

**HEARING ON** Sentence

Before Judge Maurice B. Cohill, Jr.

Chris Trabold — Appear for Plaintiff

Gene Placidi — Appear for Defendant

Hearing Begun 10:00 a 1-23-06

Hrg concluded C.A.V. 10:30 a 1-23-06

Stenographer Deedee Grill

**WITNESSES**

For Plaintiff — For Defendant

Probation + Counsel agreed on Def's objections - They G.L. Range: O.L 4, VI; Prob of no more than 3 yrs; S.R. of 2-3 yrs; fine of $250-5000; Resti. of $1,740; a spec. assessment of $100.

spec. assess. $100

Defendant is placed on Probation for a term of 3 years; Restitution in the amount of $1,740; interest requirement waived; fine waived; home detention of 6 months.