AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

WESTERN    DISTRICT OF    PENNSYLVANIA

UNITED STATES OF AMERICA

V.

**DONNA GAGICH**

**NOTICE**

CASE NUMBER:    **1:04-cr-00041 Erie**

TYPE OF CASE:

☐ CIVIL    X CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania 16501 | DATE AND TIME |

TYPE OF PROCEEDING

**HEARING ON SUPERVISED RELEASE VIOLATION**

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE<br>U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA 16501 | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>Tuesday, May 6, 2008 at 3:00 p.m. | CONTINUED TO DATE AND TIME<br><br>**Tuesday, May 6, 2008 at 11:30 a.m.**<br>**NOTE CHANGE IN TIME** |
|---|---|---|

MAURICE B. COHILL, JR.
United States District Judge

April 29, 2008        s/Susan J. Shaffer
DATE               Deputy Clerk

To:  Defendant to be notified by counsel