IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-41 Erie |
| | ) |
| DONNA GAGICH | ) |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Donna Gagich, 2237, Year of Birth: 1955, Caucasian, Female.

2. Detained by: Erie County Prison, 1618 Ash Street, Erie, Pennsylvania 16503.

3. Detainee was sentenced in this district for a violation of Title 18, United States Code, Section 371.

4. Detainee is presently confined in the Erie County Prison, Erie, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for a probation revocation hearing at Erie, Pennsylvania on May 6, 2008, at 3:00 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Warden of the Erie County Prison, Erie, Pennsylvania has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

April 7, 2008
DATE

Maurice B. Cohill, Jr.
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney

FILED
MAY 0 6 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

CERTIFIED FROM THE RECORD
Date 4-10-08
ROBERT V. BARTH, JR., CLERK
By _____
Deputy Clerk

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ......... DAY OF ...... MAY 0 6 2008 ...... BY TAKING CUSTODY OF Donna Gaguch AT ECP .................. TRANSPORTING HIM/HER AND COMMITTING HIM/HER TO Court ................ ON THE .......... DAY OF ......

MAY 0 6 2008  THOMAS M. FITZGERALD, USM
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

DEPUTY U.S. MARSHAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE) ON THE ......... DAY OF ...... MAY 0 6 2008 ...... BY TAKING CUSTODY OF Donna Gaguch AT Erie County Prison ............ TRANSPORTING HIM/HER AND COMMITTING HIM/HER TO Erie County Prison ...... ON THE .......... DAY OF ......

MAY 0 6 2008  THOMAS M. FITZGERALD, USM
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

DEPUTY U.S. MARSHAL

