# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
)
vs. )        CR 04-41 E
Donna Gagich )
)
)
Defendants )

HEARING ON *Probation Violation*

Before *Hon. Maurice B. Cohill, Jr.*

Chris Trabold, AUSA                    Tom Patton, A.F.P.D.

Appear for Plaintiff                         Appear for Defendant

Hearing Begun 11³⁰am 5-6-08          Hrg Adjourned to

Hrg concluded C.A.V. 12⁰⁰pm 5-6-08     Stenographer Janis Ferguson

### WITNESSES

For Plaintiff                                For Defendant

Guideline Computation: Grade B, Roman Numeral V.I, 21-27 months imprisonment.

Defendant testifies.

Probation revoked, 21 months imprisonment to run consecutive to Erie County Ct. of Common Pleas No. 530, 2007. Upon release, 24 months SR. with same original conditions imposed previously.
Order to be entered.